Craig A. Newby, Esq. (NSBN 8591)
Rory T. Kay, Esq. (NSBN 12416)
Jason B. Sifers, Esq. (NSBN 14273)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
cnewby@mcdonaldcarano.com
rkay@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Pro Bono Attorneys for Plaintiff Aric Garza*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARIC GARZA, an individual; | CASE NO.: 2:18-cv-00311-MMD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MOSAIC451, LLC, a Delaware limited liability company; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive, | |
| Defendants. | |

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Pursuant to FRCP 41, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Aric Garza and Defendant Mosaic451, LLC, by and through their respective attorneys of record, that all claims against Defendant be dismissed with prejudice, with all parties to bear their own respective attorney's fees and costs.

Dated this 19th day of June, 2018.

| McDONALD CARANO LLP | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ *Rory T. Kay* <br> CRAIG A. NEWBY, ESQ. (#8591) <br> RORY T. KAY, ESQ. (#12416) <br> JASON B. SIFERS, ESQ. (#14273) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br><br> *Attorneys for Plaintiff Aric Garza* | /s/ *Thomas Scott Stewart* <br> THOMAS SCOTT STEWART, ESQ. (#13771) <br> 3800 Wells Fargo Tower, Suite 1500 <br> Las Vegas, NV 89101 <br><br> *Attorney for Defendant Mosaic451, LLC* |

ORDER

IT IS SO ORDERED this 20TH day of June, 2018.

_____
U.S. DISTRICT COURT JUDGE